**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00443-GPG

(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

LEILA McCOY, and
CLYDE McCOY,

    Plaintiffs,

v.

BENNETTE VALLEY INVESTORS

    Defendant.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCY**

---

Plaintiffs Leila McCoy and Clyde McCoy currently reside in Colorado Springs, Colorado.   On February 23, 2016, they submitted a Complaint, ECF No. 1, and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), ECF No. 3.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiffs will be directed to cure the following if they wish to pursue their claims.   Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) ___      is not submitted
(2) ___      is not on proper form (must use the current Court-approved form)
(3) ___      is missing original signature by Plaintiff
(4) ___      is missing affidavit
(5) ___      affidavit is incomplete
(6) ___      affidavit is not properly notarized
(7) _x_      names in caption for Leila McCoy's application does not match the names in caption of complaint

1

(8) __X__     other: Each named plaintiff must submit an application. Clyde McCoy must submit a separate Application to proceed without prepaying fees or costs.

**Complaint or Petition**:

(9) ___     is not submitted
(10) ___     is not on proper form (must use the Court's current form)
(11) __x__     is missing an original signature by Plaintiff Clyde McCoy
(12) ___     is incomplete
(13) ___     uses et al. instead of listing all parties in caption
(14) ___     names in caption do not match names in text of Complaint
(15) ___     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___     other:

Accordingly, it is

    ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order. It is

    FURTHER ORDERED that Plaintiffs shall obtain the Court-approved form used in filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies. It is

    FURTHER ORDERED that if Plaintiffs fail to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

    DATED February 24, 2016, at Denver, Colorado.

                      BY THE COURT:

                        s/Gordon P. Gallagher
                        United States Magistrate Judge