**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00443-GPG

LEILA M. McCOY, and
CLYDE McCOY,

     Plaintiffs,

v.

BENNETTE VALLEY INVESTORS LLC,
DAN MAY, El Paso County District Attorney, Individual & Professional Capacities, and
SAMORREYAN BURNEY, Assistant District Attorney, El Paso County, Colorado,
     Individual and Professional Capacities,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     On March 17, 2016, Plaintiff Leila M. McCoy filed a Motion to Add Defendant to Case, ECF No. 10.   The Motion is ordered stricken because both named Plaintiffs have not signed the Motion.   If Plaintiffs intends to assert claims against additional defendants they must state all the claims they intend to present in this action in an Amended Complaint, because "[a]n amended complaint 'supersedes the pleading it modifies and remains in effect throughout the action unless it subsequently is modified.' "   *See Hooten v. Ikard Servi Gas*, No. 12-2179, 2013 WL 1846840 at *4 (10th Cir. May 3, 2013) (quoting *Giles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990)).   They both must sign the pleading.

     The Court, therefore, will allow Plaintiffs twenty-one days from the date of this Minute Order to amend as set forth above.   If Plaintiffs fail to amend within twenty-one days the Court will proceed to address the merits of the Complaint filed on March 2, 2016.

Dated:   March 25, 2016